IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE LUIS ORTIZ**, | : | CIVIL ACTION NO. 1:20-CV-1837 |
| | : | |
| Plaintiff, | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **TINA LITZ**, *et al.*, | : | |
| | : | |
| Defendants | : | |

### ORDER

AND NOW, this 16th day of November, 2021, upon consideration of defendants' motion (Doc. 22) to dismiss, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 22) to dismiss is GRANTED.

2. Plaintiff's complaint (Doc. 1) is DISMISSED without prejudice.

3. Plaintiff may file an amended complaint on or before **December 16, 2021** to cure the deficiencies identified in the court's memorandum opinion. Any amended complaint filed pursuant to this order shall be filed to the same docket number as the instant action, shall be entitled "Amended Complaint," and shall be complete in all respects. It shall be a new pleading that stands by itself as an adequate complaint under the Federal Rules of Civil Procedure.

4. If plaintiff does not file an amended complaint by the above date, plaintiff's federal claims will be dismissed with prejudice for the reasons stated in the accompanying memorandum, the court will decline to exercise jurisdiction over plaintiff's state law claims, and this case will be closed.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania